## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LESLIE DWIGHT COFFEY**                                                      **PETITIONER**

v.                              **Case No. 3:14-cv-00306 KGB/HDY**

**STATE OF GEORGIA,** *et al.*                                                **RESPONDENTS**

## ORDER

Petitioner Leslie Dwight Coffey has submitted this case for filing in this district. However, from the facts alleged and the respondents named, it appears that venue properly lies in the Northern District of Georgia. *See* 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Northern District of Georgia. *See* 28 U.S.C. § 1406(a).

It is therefore ordered that the Clerk of the Court is directed to transfer immediately Mr. Coffey's entire case file to the United States District Court for the Northern District of Georgia.

SO ORDERED this the 13th day of January, 2015.

*[signature]*

Kristine G. Baker
United States District Judge